

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00020-CR

_____

JORGE TOMAS PINA-SALAZAR, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 21F0384-102

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice Stevens

MEMORANDUM OPINION

A Bowie County jury convicted Jorge Tomas Pina-Salazar of indecency with a child by contact.[1]  On appeal, Pina-Salazar claims that the trial court's written judgment does not agree with the sentence that the court orally pronounced in his presence.  Upon review of the record, we find no discrepancy in the trial court's oral and written judgments.  As a result, we overrule Pina-Salazar's point of error and affirm the trial court's judgment.

## I.  Procedural History

The State tried Pina-Salazar on five indictments in one trial.[2]  A detailed recitation of the evidence is not necessary.  A Bowie County jury found Pina-Salazar guilty on all indictments and recommended sentences for each.  Per the jury's recommendations, the trial court assessed the following sentences:

- 06-22-00019-CR:     fifty years' imprisonment

- 06-22-00020-CR (the instant conviction):     twenty years' imprisonment

- 06-22-00021-CR:     twenty years' imprisonment

- 06-22-00022-CR:     twenty years' imprisonment

- 06-22-00023-CR:     twenty years' imprisonment

The trial court then declared, "With regards to consecutive or concurrent, the Court is going to run [06-22-00020-CR], [06-22-00021-CR], and [06-22-00022-CR], those cases will run concurrent

---

[1]*See* TEX. PENAL CODE ANN. § 21.11.

[2]We address Pina-Salazar's appeals of the other four cases in our opinions in cause numbers 06-22-00019-CR, 06-22-00021-CR, 06-22-00022-CR, and 06-22-00023-CR.  Each of those convictions were for separate acts of sexual abuse of various children.

but they will run consecutive to [06-22-00019-CR].  And then Cause Number [06-22-00023-CR] will run consecutive to those two prior sentences."[3]  Pina-Salazar lodged no objection to the trial court's sentences.

## II.    Analysis

Our opinion in cause number 06-22-00019-CR addresses Pina-Salazar's appellate complaint and explains why we overruled it.  The reasoning in that opinion also addresses Pina-Salazar's complaint about the judgment in this case.[4]

For the reason explained in our opinion in cause number 06-22-00019-CR, we overrule appellant's point of error.

## III.    Conclusion

We affirm the trial court's judgment.


Scott E. Stevens
Justice


Date Submitted:        August 30, 2022
Date Decided:         October 12, 2022

Do Not Publish

---

[3]We substitute this Court's cause numbers for the trial court cause numbers, recited by the trial court, for clarity.

[4]In 06-22-00019-CR, we detailed the trial court's pronouncement of sentences from the bench.  Please see our opinion in that case for said pronouncement.  The written judgment in the instant cause number stated:  "Punishment and Place of Confinement:    TWENTY (20) YEARS TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION; TO RUN CONCURRENTLY WITH [06-22-00021-CR], [06-22-00022-CR] BUT TO RUN CONSECUTIVELY TO [06-22-00019-CR] AND [06-22-00023-CR]."    This comports with the trial court's oral pronouncement that we quoted in 06-22-00019-CR.